UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

LIONEL PATTERSON                         CIVIL ACTION NO. 17-1383

VERSUS                                   UNASSIGNED DISTRICT JUDGE

UHC HOSPITAL OF LAFAYETTE,               MAGISTRATE JUDGE HANNA
ET AL.

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint (Record Document 1) is **DISMISSED WITH PREJUDICE**, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 1st day of December, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT